UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

14 APR 25 AM 8:58



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>ERIC LEITZKE (4),<br><br>　　　　　　　　Defendant. | CASE NO. 12CR5228-WQH<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Indictment:

21:841(a)(1) and 846 ; 21:853(a)(1) and 853(a)(2) - Conspiracy to Possess Cocaine with Intent to Distribute ; Criminal Forfeiture

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 23, 2014

　　　　　　　　　　　　　　　William Q. Hayes
　　　　　　　　　　　　　　　U.S. District Judge